# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN AND DENISE CULLEY on behalf of J.C., | : | 1: 15-cv-857 |
| Plaintiffs, | : | Hon. John E. Jones III |
| v. | : | |
| THE CUMBERLAND VALLEY SCHOOL DISTRICT, | : | |
| Defendant. | : | |

# ORDER

## February 29, 2016

In accordance with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1. Defendant's Motion to Dismiss, (Doc. 7), is **GRANTED** to the extent that the Complaint is **DISMISSED** in its entirety.

2. Plaintiffs **MAY FILE** an amended pleading within twenty (20) days of the date of this Order in the event they can cure the myriad deficiencies in the dismissed claims.

3. The Clerk of Court is **DIRECTED** to close the case.

s/ John E. Jones III

        John E. Jones III
        United States District Judge